```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DONALD RICHARD MERTZ,            :     CIVIL ACTION
                                 :     NO. 15-6627
         Plaintiff,              :
                                 :
    v.                           :
                                 :
JOHN HARMON, et al.,             :
                                 :
         Defendants.             :
```

## O R D E R

**AND NOW,** this **9th** day of **March, 2017,** for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. Defendants' Motion for Summary Judgment (ECF No. 17) is **GRANTED.**

2. The Clerk of Court shall mark the case as **CLOSED.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,   J.**